UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| CHARTER HOME HEALTH, L.L.C., ET AL. | NO.: 14-00037-BAJ-EWD |

## ORDER

Considering the **Joint Notice of Settlement (Doc. 31)** filed by the parties,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED** without prejudice to the parties' rights to, within **SIXTY DAYS** and upon good cause shown, re-open this matter if the settlement is not consummated.

Baton Rouge, Louisiana, this <u>18th</u> day of January, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**